**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6801**

_____

AHOTO TAYSIR MULAZIM,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director; GENE M. JOHNSON;
DAVID A. BRAXTON; CALVIN D. JAMISON; STEVE
BURCIN; CHARLES C. COSBY; CHERYL J.
FRYDRYSHOWSKI; J. THADIEU HARRIS, III; R. A.
YOUNG; P. SAUL; A. FLEENOR,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-02-1135-7)

_____

Submitted:  September 11, 2003      Decided:  September 24, 2003

_____

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ahoto Taysir Mulazim, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ahoto Taysir Mulazim appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mulazim v. Angelone, No. CA-02-1135-7 (W.D. Va. Apr. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED